**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

**LOVEJINDER SINGH** | **CIVIL DOCKET NO. 3:26-CV-2258**

**VERSUS** | **JUDGE JERRY EDWARDS, JR.**

**WARDEN, ET AL.** | **MAGISTRATE JUDGE HORNSBY**

**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed by petitioner Lovejinder Singh, ("Petitioner"), pursuant to 28 U.S.C. §2241. Petitioner is a native of India who seeks release from detention.

This petition was filed and summons were issued on June 29, 2026[1] (Docs. 1 and 2). There is no indication in the record that Respondents were served with the petition.

Accordingly;

**IT IS ORDERED** that within **14 days** Counsel for Petitioner file a response confirming whether Respondents were served with the petition and whether Petitioner is currently detained or has been deported or released.

**THUS DONE AND SIGNED** in chambers, in Shreveport, Louisiana, this the 31st day of August 2026.

Mark L. Hornsby
U.S. Magistrate Judge

[1] The court notes that this was prior to the enactment of Standing Order 1.74 on July 5, 2026.